IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

CLAUD GAINES                                                                PLAINTIFF

v.                            No. 2:13-cv-124-DPM

CITY OF FORREST CITY; DWIGHT DUKE,
Lieutenant, Individually and in his official
capacity; E.P. REYNOLDS, Individually and
in his official capacity; and LARRY BRYANT,
Individually and in his official capacity                    DEFENDANTS

ORDER

Defendants' motion for continuance and extension, № 32, is granted for good cause. The Amended Final Scheduling Order, № 14, is suspended. Defendants should reply on summary judgment as planned by 28 January 2015. The Court will rule on that motion. It will then re-set the trial date and pre-trial deadlines, if need be. The motion about the *in limine* deadline, № 33, is denied as moot.

So Ordered.

*D.P. Marshall Jr.*
United States District Judge

27 January 2015