IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

CLAUD GAINES                                                    PLAINTIFF

v.                          No. 2:13-cv-124-DPM

CITY OF FORREST CITY; DWIGHT DUCH,
Lieutenant, Individually and in His Official
Capacity; E.P. REYNOLDS, Individually and
in His Official Capacity; and LARRY BRYANT,
Individually and in His Official Capacity           DEFENDANTS

JUDGMENT

Gaines's complaint is dismissed with prejudice.

*[signature]*
D.P. Marshall Jr.
United States District Judge

16 July 2015